DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSH SILVEY,**
Appellant,

v.

**JENNIFER SILVEY,**
Appellee.

No. 4D16-1861

[December 14, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 2014DR001821XXXXMB.

Richard L. Rosenbaum of Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellant.

Daniel Bachert of The Bachert Law Firm, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***